No. 5230. BLANKNER v. CITY OF CHICAGO. Sup. Ct. Ill. Certiorari denied.

No. 5231. GUERIN v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 5232. SUNIGA v. CRAVEN, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 5233. BOLICK v. RICHARDSON, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 4th Cir. Certiorari denied.

No. 5234. NORRIS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 5235. HILL v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 5236. WASHINGTON v. WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 5237. LA BRASCA v. MISTERLY, SHERIFF. C. A. 9th Cir. Certiorari denied.

No. 5238. JOHNSON v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 5239. AGUECCI v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 5240. WORKMAN v. PATE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 5241. BARTLETT v. BAYNES, JUDGE, ET AL. Sup. Ct. Ohio. Certiorari denied.